## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY KINDER,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **No. 19-cv-2938** |
| | : | |
| **SEAN FITZGERALD, Esq.,** *et al.***,** | : | |
| **Defendants.** | : | |

# O R D E R

AND NOW, this 25th day of July, 2019, upon consideration of Plaintiff Anthony Kinder's

Motion to Proceed *In Forma Pauperis* and Prisoner Trust Fund Account Statement (ECF No. 4),

and his *pro se* Complaint (ECF No. 1), which raises claims under 42 U.S.C. § 1983, it is

**ORDERED** that:

1.      Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.      Kinder, #13-4648, shall pay the full filing fee of $350 in installments, pursuant to

28 U.S.C. § 1915(b), regardless of the outcome of this case.  The Court hereby directs the

Warden of Berks Cunty Jail or other appropriate official to assess an initial filing fee of 20% of

the greater of (a) the average monthly deposits to Kinder's inmate account; or (b) the average

monthly balance in Kinder's inmate account for the six-month period immediately preceding the

filing of this case.  The Warden or other appropriate official shall calculate, collect, and forward

the initial payment assessed pursuant to this Order to the Court with a reference to the docket

number for this case.  In each succeeding month when the amount in Kinder's inmate trust fund

account exceeds $10.00, the Warden or other appropriate official shall forward payments to the

Clerk of Court equaling 20% of the preceding month's income credited to Kinder's inmate

account until the fees are paid.  Each payment shall reference the docket number for this case.

3.     The Clerk of Court is directed to **SEND** a copy of this order to the Warden of

Berks County Jail.

4.     The Complaint is **DEEMED** filed.

5.      The Complaint is **DISMISSED with prejudice** pursuant to 28 U.S.C. §

1915(e)(2)(B)(ii) for the reasons stated in the accompanying Memorandum.

6.     The Clerk is **DIRECTED** to **CLOSE** this case.


**BY THE COURT:**


*/s/ Joseph F. Leeson, Jr.*
**JOSEPH F. LEESON, JR.**
**United States District Judge**